**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES VAN WINKLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-3538 |
| | § | |
| DILLARD'S PROPERTIES, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

The parties filed a stipulation with prejudice, (Docket Entry No. 7). The stipulation is

approved.  This action is dismissed with prejudice. Any pending motions are denied as moot.

SIGNED on March 24, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge